

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2019

No. 04-19-00252-CR

Robert Deshawn **HUNTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4011
Honorable Frank J. Castro, Judge Presiding

# O R D E R

    Appellant has filed a motion for extension of time, requesting an extension of sixty days from the original deadline. We GRANT the motion. Appellant's brief is due December 3, 2019. No further motions for extension of time will be granted absent extenuating circumstances.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk